**STATE of Missouri, Respondent,**

v.

**Elmer L. TATUM, Appellant.**

**No. WD 73243.**

Missouri Court of Appeals,
Western District.

May 1, 2012.

Richard A. Starnes, for Respondent.

Amy B. Meyers, for Appellant.

Before Division Two: GARY D. WITT, Presiding Judge, JOSEPH M. ELLIS, Judge and MARK D. PFEIFFER, Judge.

### ORDER

PER CURIAM:

Appellant Elmer Tatum appeals from his conviction of one count of trafficking in the second degree, § 195.223. Upon review of the briefs and the record, we find no error and affirm the judgment of conviction. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 30.25(b).**